**2002–1524. State v. Burnside.**
Fairfield App. No. 01CA60, 2002-Ohio-4344. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated in the court of appeals' Judgment Entry filed August 22, 2002, at page 3:

"When there is no evidence that a solid anticoagulant is used in a blood test to determine alcohol content as required by O.A.C. 3701–53–05(C) do[es] the State still meet its burden of substantial compliance with Department of Health regulations?"

DOUGLAS and F.E. SWEENEY, JJ., dissent.

RESNICK, J., not participating.

Sua sponte, cause consolidated with 2002–1440, *State v. Burnside,* Fairfield App. No. 01CA60, 2002-Ohio-4344.

Douglas and F.E. Sweeney, JJ., dissent.

Resnick, J., not participating.

The conflict case is *State v. Zuzga* (2001), 141 Ohio App.3d 696, 753 N.E.2d 229.